UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BN FARM LLC d/b/a THE FARM BAR AND GRILLE ESSEX, BNIPSWICH LLC d/b/a FOX CREEK TAVERN f/k/a EN FUEGO COCINA MEXICANA, BN MARINA LLC, BNR BEVERLY INC d/b/a EN FUEGO BEVERLY, BNR SALISBURY LLC d/b/a PORTSIDE WATERFRONT KITCHEN & BAR, BNR METHUEN LLC d/b/a THE MILLER'S TAVERN a/k/a THE MILLER TAVERN, BNFARMDOVER, LLC d/b/a THE FARM BAR & GRILLE DOVER, BNRFARMMANCH LLC d/b/a THE FARM BAR & GRILLE MANCHESTER, BNR HAMPTON LLC d/b/a THE 401 TAVERN and BN REALTY LIMITED LIABILITY COMPANY,<br>   Plaintiffs/Defendants-in-Counterclaim,<br><br>v.<br><br>THE CINCINNATI CASUALTY COMPANY,<br>   Defendant/Plaintiff-in-Counterclaim. | **Civil Action No. 1:20-cv-10874-MBB** |

**PLAINTIFFS'/DEFENDANTS'-IN-COUNTERCLAIM
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 56.1 and Local Rule 7.1, the plaintiffs/defendants-in-counterclaim move for summary judgment on Count I (Declaratory Judgment), Count II (Breach of Contract – Business Interruption and Extra Expense) and Count III (Breach of Contract – Civil Authority) of their Complaint. Additionally, the plaintiffs/defendants-in-counterclaim move for the entry of summary judgment on Count I (No Alleged Direct Physical Loss or Damage), Count II (No Alleged Civil Authority Because Access Was Not Prohibited) and Count III (Exclusions Otherwise Preclude Coverage) of the defendant's/plaintiff's-in-counterclaim counterclaims. In support of this Motion, the

plaintiffs/defendants-in-counterclaim rely upon their Memorandum of Law in Support of Plaintiffs/Defendants-in-Counterclaim Motion for Summary Judgment, Joint Statement of Undisputed Facts, the Affidavit of Bradley Atkinson, Affidavit of Noah Goldstein and Affidavit of Ryan Cox.

>BN FARM LLC d/b/a THE FARM BAR AND GRILLE ESSEX, BNIPSWICH LLC d/b/a FOX CREEK TAVERN f/k/a EN FUEGO COCINA MEXICANA, BN MARINA LLC, BNR BEVERLY INC d/b/a EN FUEGO BEVERLY, BNR SALISBURY LLC d/b/a PORTSIDE WATERFRONT KITCHEN & BAR, BNR METHUEN LLC d/b/a THE MILLER'S TAVERN a/k/a THE MILLER TAVERN, BNFARMDOVER, LLC d/b/a THE FARM BAR & GRILLE DOVER, BNRFARMMANCH LLC d/b/a THE FARM BAR & GRILLE MANCHESTER, BNR HAMPTON LLC d/b/a THE 401 TAVERN and BN REALTY LIMITED LIABILITY COMPANY,
>By their attorney,
>
>*/s/ Seth H. Hochbaum*
>SETH H. HOCHBAUM – BBO NO. 568118
>SARAH E. ECKERT – BBO NO. 688894
>REGNANTE STERIO LLP
>401 Edgewater Place, Suite 630
>Wakefield, MA 01880-6210
>shochbaum@regnante.com
>seckert@regnante.com
>(781) 246-2525

Dated: December 4, 2020

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

In accordance with Local Rule 7.1(a)(2) and in a good faith effort to resolve or narrow the issue presented by this Motion, the undersigned hereby certifies that he conferred telephonically with counsel and via email with counsel on numerous dates between August 2020 and December 3, 2020. A resolution was unable to be reached.

*/s/ Seth H. Hochbaum* _____
SETH H. HOCHBAUM – BBO NO. 568118
SARAH E. ECKERT – BBO NO. 688894
REGNANTE STERIO LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
shochbaum@regnante.com
seckert@regnante.com
(781) 246-2525

CERTIFICATE OF SERVICE

By the undersigned signature, I hereby certify on behalf of the above-captioned plaintiffs, that on December 4, 2020, a true and accurate copy of the foregoing document was electronically-filed with the Clerk of the Court via the Court's CM/ECF System and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Seth H. Hochbaum*
SETH H. HOCHBAUM – BBO NO. 568118
SARAH E. ECKERT – BBO NO. 688894
REGNANTE STERIO LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
shochbaum@regnante.com
seckert@regnante.com
(781) 246-2525