```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
BN FARM LLC d/b/a THE FARM BAR AND
GRILLE ESSEX, BN IPSWICH LLC d/b/a
FOX CREEK TAVERN f/k/a EN FUEGO
COCINA MEXICANA, BN MARINA LLC,
BNR BEVERLY INC. d/b/a EN FUEGO
BEVERLY, BNR SALISBURY LLC d/b/a
PORTSIDE WATERFRONT KITCHEN &
BAR, BNR METHUEN LLC d/b/a THE
MILLER'S TAVERN a/k/a THE MILLER              CIVIL ACTION NO.
TAVERN, BNFARMDOVER, LLC d/b/a THE            20-10874-MBB
FARM BAR & GRILLE DOVER,
BNRFARMMANCH LLC d/b/a THE FARM
BAR & GRILLE MANCHESTER, BNRHAMPTON
LLC d/b/a THE 401 TAVERN AND BN
REALTY LIMITED LIABILITY COMPANY,
     Plaintiffs/Defendants-in-Counterclaim,

                      v.

THE CINCINNATI CASUALTY COMPANY,
     Defendant/Plaintiff-in-Counterclaim.
```

**FINAL JUDGMENT**

**September 23, 2021**

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered (Docket Entry # 125), it is **ORDERED** and **ADJUDGED** that plaintiffs/defendants-in-counterclaim BN Farm LLC d/b/a The Farm Bar and Grille Essex, BN Ipswich LLC d/b/a Fox Creek Tavern f/k/a En Fuego Cocina Mexicana, BN Marina LLC, BNR Beverly Inc. d/b/a En Fuego Beverly, BNR Salisbury LLC d/b/a Portside Waterfront Kitchen and Bar, BNR Methuen LLC d/b/a The Miller's Tavern a/k/a The Miller Tavern, BNRFarmDover, LLC d/b/a The Farm

Bar and Grille Dover, BNRFarmManch LLC d/b/a The Farm Bar and Grille Manchester, BNRHampton LLC d/b/a The 401 Tavern, and BN Realty Limited Liability Company ("plaintiffs") take nothing and that this action be **DISMISSED**.  This court further **DECLARES** that defendant/plaintiff-in-counterclaim The Cincinnati Casualty Company has no obligation under insurance policy EPP 056 83 91 to pay or reimburse plaintiffs for any amounts sought in the first amended complaint, and that there is no coverage under the policy for the claims for coverage asserted by plaintiffs in this action.

                                                  /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge