UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BN FARM LLC d/b/a THE FARM BAR AND GRILLE ESSEX, BNIPSWICH LLC d/b/a FOX CREEK TAVERN f/k/a EN FUEGO COCINA MEXICANA, BN MARINA LLC, BNR BEVERLY INC d/b/a EN FUEGO BEVERLY, BNR SALISBURY LLC d/b/a PORTSIDE WATERFRONT KITCHEN & BAR, BNR METHUEN LLC d/b/a THE MILLER'S TAVERN a/k/a THE MILLER TAVERN, BNFARMDOVER, LLC d/b/a THE FARM BAR & GRILLE DOVER, BNRFARMMANCH LLC d/b/a THE FARM BAR & GRILLE MANCHESTER, BNR HAMPTON LLC d/b/a THE 401 TAVERN and BN REALTY LIMITED LIABILITY COMPANY,<br>   Plaintiffs/Defendants-in-Counterclaim,<br><br>v.<br><br>THE CINCINNATI CASUALTY COMPANY,<br>   Defendant/Plaintiff-in-Counterclaim. | **Civil Action No. 1:20-cv-10874-MBB** |

## **PLAINTIFFS'/DEFENDANTS'-IN-COUNTERCLAIM JOINT NOTICE OF APPEAL**

Notice is hereby given that BN Farm LLC d/b/a The Farm Bar and Grille Essex, BNIpswich LLC d/b/a Fox Creek Tavern f/k/a En Fuego Cocina Mexicana, BN Marina LLC, BNR Beverly Inc d/b/a En Fuego Beverly, BNR Salisbury LLC d/b/a Portside Waterfront Kitchen & Bar, BNR Methuen LLC d/b/a The Miller Tavern, BNFarmDover, LLC d/b/a The Farm Bar & Grille Dover, BNRFarmManch LLC d/b/a The Farm Bar & Grille Manchester, BNR Hampton LLC d/b/a The 401 Tavern and BN Realty Limited Liability Company, the plaintiffs/defendants-in-counterclaim in the above-captioned action, hereby jointly appeal to the United States Court of Appeals for the First Circuit from this Court's Opinion dated September

16, 2021 (ECF Document 125) and the Judgment entered in favor of the defendant/plaintiff-in-counterclaim, The Cincinnati Casualty Company, on September 23, 2021 (ECF Document 127).

        BN FARM LLC d/b/a THE FARM BAR AND GRILLE ESSEX, BNIPSWICH LLC d/b/a FOX CREEK TAVERN f/k/a EN FUEGO COCINA MEXICANA, BN MARINA LLC, BNR BEVERLY INC d/b/a EN FUEGO BEVERLY, BNR SALISBURY LLC d/b/a PORTSIDE WATERFRONT KITCHEN & BAR, BNR METHUEN LLC d/b/a THE MILLER'S TAVERN a/k/a THE MILLER TAVERN, BNFARMDOVER, LLC d/b/a THE FARM BAR & GRILLE DOVER, BNRFARMMANCH LLC d/b/a THE FARM BAR & GRILLE MANCHESTER, BNR HAMPTON LLC d/b/a THE 401 TAVERN and BN REALTY LIMITED LIABILITY COMPANY,
By their attorney,

*/s/ Seth H. Hochbaum*
SETH H. HOCHBAUM – BBO NO. 568118
REGNANTE STERIO LLP
Edgewater Office Park
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
shochbaum@regnante.com
(781) 246-2525

Dated: September 24, 2021

CERTIFICATE OF SERVICE

  By the undersigned signature, I hereby certify on behalf of the above-captioned plaintiffs, that on September 24, 2021, a true and accurate copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF System and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

            */s/ Seth H. Hochbaum*
            SETH H. HOCHBAUM – BBO NO. 568118
            REGNANTE STERIO LLP
            Edgewater Office Park
            401 Edgewater Place, Suite 630
            Wakefield, MA 01880-6210
            shochbaum@regnante.com
            (781) 246-2525