# United States Court of Appeals
## For the First Circuit

No. 21-1769

BN FARM LLC, d/b/a The Farm Bar and Grille Essex; BNIPSWICH LLC, d/b/a Fox Creek Tavern, f/k/a En Fuego Cocina Mexicana; BN MARINA LLC; BNR BEVERLY INC., d/b/a En Fuego Beverly; BNR SALISBURY LLC, d/b/a Portside Waterfront Kitchen & Bar; BNR METHUEN, LLC, d/b/a The Miller's Tavern, a/k/a The Miller Tavern; BNFARMDOVER, LLC, d/b/a The Farm Bar and Grille Dover; BNRFARMMANCH LLC, d/b/a The Farm Bar and Grille Manchester; BNR HAMPTON LLC, d/b/a The 401 Tavern; BN REALTY LIMITED LIABILITY COMPANY,

Plaintiffs - Appellants,

v.

THE CINCINNATI CASUALTY COMPANY,

Defendant - Appellee.

**MANDATE**

Entered: April 27, 2022

In accordance with the judgment of April 27, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Kathleen F. Adams
Alan I. Becker
Tyler O. Casey
Robert L. Ciociola
Seth H. Hochbaum
Daniel G. Litchfield
Laurence James William Tooth